**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 3, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00711-CV

---

### IN RE VERANDA NATION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-04914**

---

## MEMORANDUM OPINION

On December 9, 2021, relator Veranda Nation, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ursula A. Hall, presiding judge of the 165th District Court of Harris County, to rule on its motion for leave to take depositions.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.